UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 23 2007

RICH~~ ~~ ~~ING~~
CLERK, U.S. ~~DISTRICT~~ COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number: CR 07-00167 RMW |
| | ) | |
| VICTOR MANUEL GARCIA-VARGAS | ) | |

---

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentence originally set for the 9th day of July, 2007, be continued until the 30th day of July, 2007 at 9:00 a.m.

Date: 5/23/07

Ronald m. whyte

**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**