SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5081
   joseph.fazioli@usdoj.gov

*E-FILED - 7/9/07*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00167 RMW |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING SENTENCING |
| VICTOR GARCIA-VARGAS, | ) | |
| | ) | |
|     Defendant. | ) | |
| ————————————————— | ) | |

     This matter is scheduled before the Court for sentencing on July 9, 2007.  The parties

respectfully request that defendant's sentencing be continued until August 27, 2007.  This joint

request is intended to: (1) allow the probation office additional time to prepare the presentence

report; and (2) accommodate government counsel's unavailability on the July 9, 2007 date.  The

parties agree, and the Court finds and holds, as follows:

//

//

//

//

1        1.      Defendant's sentencing is continued to August 27, 2007.

2   IT IS SO STIPULATED:

3   DATED:_____            _____/s/_____

4                                          NICHOLAS HUMY
                                           Attorney for Defendant Garcia-Vargas
5

6   DATED:_____6/20/07_____            _____/s/_____

7                                          JOSEPH A. FAZIOLI
                                           Assistant United States Attorney
8   IT IS SO ORDERED.

9   DATED:___7/9/07_____            *Ronald M. Whyte*_____

10                                         RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
CR 07-00167 RMW